UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY D. GOODWIN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>ANADARKO PETROLEUM CORPORATION, JAMES T. HACKETT, ROBERT G. GWIN and M. CATHY DOUGLAS,<br><br>        Defendants. | Civil Action No. 10 cv 04905 (PGG)<br><br>ECF Case |
| SHIRLEY HARRIS, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>ANADARKO PETROLEUM CORPORATION, JAMES T. HACKETT, ROBERT G. GWIN and M. CATHY DOUGLAS,<br><br>       Defendants. | Civil Action No. 10 cv 05894 (UA) |

**NOTICE OF MOTION BY PENSION FUNDS INVESTORS' GROUP FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF ITS SELECTION OF LEAD COUNSEL**

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the International Union of Operating Engineers Pension Plan, Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Fund and Miramar Police Officers' Retirement Pension Fund Plan and Trust Fund's (collectively, the "Pension Funds Investors' Group") Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of its

Selection of Lead Counsel, and the Declaration of Patrick A. Klingman, together with referenced exhibits, filed herewith, proposed Lead Plaintiff, the Pension Funds Investors' Group, hereby moves this Court, the Honorable Paul G. Gardephe, United States District for the Southern District of New York, 500 Pearl Street, New York, New York, for an Order:

1.	Consolidating all actions filed in the Southern District of New York which are related to the above-captioned class actions for all purposes, pursuant to Federal Rule of Civil Procedure 42(a); and

2.	Pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), (i) appointing the Pension Funds Investors' Group as Lead Plaintiff for the proposed Class of Anadarko Petroleum Corporation investors; and (ii) approving the Pension Funds Investors' Group's selection of Shepherd, Finkelman, Miller & Shah, LLP, as Lead Counsel for the proposed Class.

			Respectfully submitted,

Dated: August 23, 2010		SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

			 /s Patrick A. Klingman
			James E. Miller
			Patrick A. Klingman (PK-3658)
			Karen Leser-Grenon
			65 Main St.
			Chester, CT 06412
			Telephone: (860) 526-1100
			Facsimile: (860) 526-1120
			Email: jmiller@sfmslaw.com
			           pklingman@sfmslaw.com
			           kleser@sfmslaw.com

Jayne A. Goldstein
Nathan C. Zipperian
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
1640 Town Center Circle, Suite 216
Weston, FL  33326
(954) 515-0123
(954) 515-0124 (facsimile)
Email:  jgoldstein@sfmslaw.com
            nzipperian@sfmslaw.com

Scott R. Shepherd
Eric L. Young
SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
35 East State St.
Media, PA 19063
(610) 891-9880
(610) 891-9883 (facsimile)
Email:  sshepherd@sfmslaw.com
            eyoung@sfmslaw.com

**Attorneys for Movant,
The Pension Funds Investors' Group**

## CERTIFICATE OF SERVICE

      I hereby certify that on August 23, 2010, I filed the foregoing Notice of Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of the Pension Funds Investors' Group's Selection of Lead Counsel, together with supporting Memorandum of Law, Declaration and referenced exhibits, with the Clerk of Court using the Court's CM/ECF System which will send notification of such filing to all counsel of record.

                                                                                                 _s/ Patrick A. Klingman_
                                                                                                  Patrick A. Klingman (PK-3658)