# EXHIBIT A

New User? Register | Sign In | Help          Preview Mail w/ Toolbar          Yahoo!     Mail

**YAHOO! FINANCE**            [Search]   [Web Search]

HOME   INVESTING   NEWS & OPINION   PERSONAL FINANCE   MY PORTFOLIOS   TECH TICKER          streaming quotes:ON

[GET QUOTES]  Finance Search                Mon, Aug 16, 2010, 12:24PM EDT - U.S. Markets close in 3hrs 36mins.

[TD AMERITRADE]

# INVESTOR ALERT: KSF Files Securities Fraud Class Action Against Anadarko Petroleum Corporation, Part Owner of BP, plc's Macondo/Deepwater Horizon Oil Well, and Urges Shareholders to Inquire About Lead Plaintiff Status -- APC


marketwire

Share   tweet   0   Email   Print

Companies: Anadarko Petroleum Corporation

**Related Quotes**

| Symbol | Price | Change |
|---|---|---|
| APC | 51.94 | -0.43 |

APC    Aug 16 12:00pm EDT

[chart showing prices from 10am to 4pm, ranging approx 51.0 to 52.5]

Press Release Source: Kahn Swick & Foti, LLC On Thursday June 24, 2010, 9:35 am EDT

NEW ORLEANS, LA--(Marketwire - 06/24/10) - Kahn Swick & Foti, LLC ("KSF") has filed a class action lawsuit against Anadarko Petroleum Corporation ("Anadarko" or the "Company") (NYSE:APC - News) in the United States District Court for the Southern District of New York, on behalf of purchasers of the common stock of the Company between June 12, 2009 and June 9, 2010, inclusive (the "Class Period"). No class has yet been certified in this action.

If you would like to discuss your legal rights, along with the lead plaintiff position and its related responsibilities including overseeing lead counsel with the goal of obtaining a fair settlement, you may contact KSF's Director of Client Relations, Neil Rothstein, Esq., without obligation or cost to you, toll free at 877/694-9510, via his cell phone at 330/860-4092, or via email at neil.rothstein@ksfcounsel.com. Additionally, KSF's Managing Partner Lewis Kahn, Esq., may be contacted direct, toll free at 866/467-1400, ext. 100, or via email at lewis.kahn@ksfcounsel.com.

Anadarko and certain of its Officers are charged with making a series of materially false and misleading statements related to the Company's business and operations in violation of the Securities Exchange Act of 1934.

In particular, the Complaint charges Anadarko, 25% owner of the Macondo/Deepwater Horizon well currently leaking millions of gallons of oil into the Gulf of Mexico, with failing to disclose, among other things: that there was no effective Exploration and Oil Spill Response Plan for Macondo/Deepwater Horizon; that BP implemented drilling procedures solely to cut costs at the expense of safety; that the Company lacked adequate systems of internal, operational or financial controls to maintain adequate insurance reserves or to meet the known or foreseeable risks associated with its deepwater drilling liabilities; and that defendants lacked any reasonable basis to claim that Anadarko was operating according to plan, or that Anadarko could achieve guidance sponsored and/or endorsed by defendants.

On April 20, 2010, the Macondo/Deepwater Horizon rig exploded killing 11 platform workers and injuring 17 others. In the wake of this tragedy, defendants continued to issue materially false and misleading statements representing that the Company would likely incur only approximately $177.5 million in liability for its part in the Macondo/Deepwater Horizon venture. However, these statements were materially false and misleading.

On June 1, 2010, the public began to learn the truth about Anadarko's business, operations, management, and the intrinsic value of Anadarko common stock when it was reported that the Macondo/Deepwater Horizon well could not be capped and investors came to realize there was effectively no plan in place to stop the spill. That day, shares of Anadarko fell almost $10.00 per share -- or approximately 20% -- falling from a close of $42.10 per share, from a prior day's close of $52.33 per share, on huge volume of over 44.8 million shares traded. Shortly thereafter, on June 9, 2010, shares of Anadarko fell another 20% after investors learned of the material deficiencies in the Macondo/Deepwater Horizon Exploration and Oil Spill Response Plan, via the Huffington Post, and further learned that the Company would now be responsible for over $1 billion in clean up costs.

If you wish to serve as lead plaintiff in this class action lawsuit, you must request this position by application to the court no later than 60 days from today. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

**Top Stories**

Homebuilder Confidence Sinks for 3rd Month Amid Struggling Economy - AP

Stocks seesaw after Japan GDP, housing data - AP

Stocks down for 2010 but some still see hope - MarketWatch

China's Ag Bank confirms world's largest IPO - AP

**Tech Ticker Recent Posts**

The HP Truth Comes Out: The Board Fired Hurd And Then Paid Him To Go Away - Henry Blodget

3 Out Of 5 Baby Boomers Don't Have Enough For Retirement - Joe Weisenthal

Auto Sales Are on the Rise, Deals Plentiful for Consumers Who "Neogitate Hard": IHS Automotive's Rebecca Lindland - Peter Gorenstein

View More

**Subscribe to Topics**

Top Stories
[+ MY YAHOO!]  [RSS]  Add Alert

APC Headlines
[+ MY YAHOO!]  [RSS]  Add Alert

See all RSS links

ADVERTISEMENT

To learn more about KSF, you may visit www.ksfcounsel.com. KSF is a law firm focused on securities class action litigation with offices in New York and Louisiana. KSF's lawyers have significant experience litigating complex securities class actions and have recovered tens of millions of dollars over the past two years for aggrieved investors.

**Contact:**

Contact:
Kahn Swick & Foti, LLC
Neil Rothstein, Esq.
Director of Client Relations
206 Covington St.
Madisonville, LA 70447
877-694-9510
or 330-860-4092 (cell)
neil.rothstein@ksfcounsel.com

Copyright © 2010 CCNMatthews. CCNMatthews All rights reserved. All news releases provided by CCNMatthews are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.

### Related Headlines

- Work on BP relief well suspended - at Financial Times
- [video] Markets Hub: Energy Stocks Help Lift Market [3.1 min] - at MarketWatch
- A Rare Glimpse into a Quant Fund Black Box - Indie Research
- Goldman: We Think Gold Moves Toward $1,300 in Six-Months - at The Wall Street Journal
- BP shares stall as investors fret of looming legal costs - at CNNMoney.com

### Related Blog Headlines

- Stocks to Watch: Anadarko, Tesla Motors and More ... - at CNBC
- Anadarko Beats Estimates - Zacks
- Cautious Hope for US Jobs - at CNBC
- Anadarko Strikes Again in Ghana - Zacks
- BP's First Successful Cap on Leak - Zacks

### Related Message Boards

- Anadarko Petroleum Corporation

We apologize. An error has occurred. Please try again.

Sponsored Links

Mortgage Rates Hit 3.75% Fixed
$160,000 Mortgage for $547/mo. No obligation. Get a Free Quote Now.
MortgageRefinance.LendGo.com

Free Stock Trading Video
Preview Video Of The Trading pro Secrets Trading Course.
www.TradingProSecret.com

Stock Market Trades
Start Stock Trading Today Search Around You Now.
AroundMe.com

Free Stock Alerts
Reduce risk levels and potential for loss with alerts from Rethink.
RethinkCapital.com

**YAHOO! FINANCE**
- Banking & Budgeting
- Calculators
- Currency
- ETFs
- Experts
- Investing
- Insurance
- Market Stats
- Message Boards
- Mobile
- Personal Finance
- What's New

**ALSO ON YAHOO!**
- Autos
- Finance
- Flickr
- Games
- Groups
- Health
- Hot Jobs
- Mail
- Maps
- Movies
- Music
- My Yahoo!
- News
- Shopping
- Sports
- Travel
- TV
- Video
» All Y! Services

**THINGS TO DO**
- Read Our Blog
- Finance on Your Phone
- Check Home Values
- Find a New Car
- Search Jobs Across the Web

**YAHOO! FINANCE WORLDWIDE**

Argentina  Australia  Brazil  Canada  China  Chinese  France  French Canada  Germany
Hong Kong  India  Italy  Japan  Korea  Mexico  New Zealand  Singapore  Spain  Spanish  Taiwan  UK & Ireland  USA

Copyright © 2010 Yahoo! All rights reserved. Privacy Policy - About Our Ads - Terms of Service - Copyright Policy - Report Problems - Yahoo! News Network
Quotes delayed, except where indicated otherwise. Delay times are 15 mins for NASDAQ, NYSE and Amex. See also delay times for other exchanges. Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. All information provided "as is"