# EXHIBIT B

## CERTIFICATION OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS PENSION FUND OF EASTERN PENNSYLVANIA AND DELAWARE PURSUANT TO THE FEDERAL SECURITIES LAWS

I, John Heenan, Administrator on behalf of the International Union of Operating Engineers Pension Fund of Eastern Pennsylvania and Delaware ("Operating Engineers"), hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed a copy of a complaint filed in this matter.

2. Operating Engineers has authorized its counsel, Shepherd, Finkelman, Miller & Shah, LLP to file a motion for appointment as lead plaintiff and appointment of lead counsel on its behalf in this litigation.

3. Operating Engineers did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws of the United States.

4. Operating Engineers is willing to serve as lead plaintiff and a representative party on behalf of the class and to provide testimony at deposition and trial, if necessary.

5. Operating Engineers' transactions in Anadarko Petroleum Corporation securities between June 12, 2009 and June 9, 2010, inclusive, (the "Class Period") are set forth in the chart attached hereto as Exhibit "A."

6. During the three years prior to the date of this Certification, Operating Engineers has not sought to serve as lead plaintiff on behalf of a class in any other action arising under the federal securities laws of the United States.

7. Operating Engineers will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23 day of August, 2010, at Fort Washington, Pennsylvania.

*/s/ John Heenan*

International Union of Operating Engineers
Pension Fund of Eastern Pennsylvania and
Delaware
John Heenan, Administrator
1375 Virginia Drive, Suite 100
Fort Washington, PA 19034
Telephone: (215) 542-8211

# EXHIBIT A

**International Union Of Operating Engineers Pension Fund Of Eastern Pennsylvania and Delaware Pursuant To The Federal Securities Laws**

| Transaction | Date | Shares | Price |
| --- | --- | --- | --- |
| Purchase | 8/20/2009 | 320 | 51.78 |
| Purchase | 9/15/2009 | 780 | 58.94 |
| Purchase | 12/17/2009 | 3312 | 62.27 |
| Purchase | 12/18/2009 | 1630 | 61.04 |
| Purchase | 12/21/2009 | 1148 | 62.23 |
| Purchase | 12/22/2009 | 790 | 62.86 |
| Purchase | 12/23/2009 | 676 | 64.22 |
| Purchase | 12/29/2009 | 502 | 64.20 |
| Purchase | 12/29/2009 | 454 | 64.60 |
| Sale | 6/30/2009 | 880 | 45.35 |
| Sale | 11/23/2009 | 80 | 63.62 |
| Sale | 12/4/2009 | 54 | 61.72 |
| Sale | 4/23/2010 | 3693 | 73.75 |

## CERTIFICATION OF HALLANDALE BEACH POLICE OFFICERS AND FIREFIGHTERS' PERSONNEL RETIREMENT FUND PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Alan Miller, Chairman of the Hallandale Beach Police Officers and Firefighters' Personnel Retirement Fund ("Hallandale"), hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed a copy of a complaint filed in this matter.

2. Hallandale has authorized its counsel, Shepherd, Finkelman, Miller & Shah, LLP to file a motion for appointment as lead plaintiff and appointment of lead counsel on its behalf in this litigation.

3. Hallandale did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws of the United States.

4. Hallandale is willing to serve as lead plaintiff and a representative party on behalf of the class and to provide testimony at deposition and trial, if necessary.

5. Hallandale's transactions in Anadarko Petroleum Corporation securities between June 12, 2009 and June 9, 2010, inclusive, (the "Class Period") are set forth in the chart attached hereto as Exhibit "A."

6. During the three years prior to the date of this Certification, Hallandale has not sought to serve as lead plaintiff on behalf of a class in any other action arising under the federal securities laws of the United States.

7. Hallandale will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this

1

20th day of August, 2010, at Boca Raton, Florida.

_____
Hallandale Beach Police Officers and Firefighters'
Personnel Retirement Fund
By: its Chairman, Alan Miller
7700 Congress Ave.
S. 1105
Boca Raton, FL 33487

Telephone: (954) 454-9446

2

# EXHIBIT A

**Hallandale Beach Police Officers and Firefighters' Personnel Retirement Fund**
**Transactions in Anadarko Petroleum Corporation**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 2/3/2010 | 1450 | 66.5282 |
| Purchase | 3/5/2010 | 1300 | 71.7885 |
| Purchase | 4/30/2010 | 570 | 64.8304 |

# CERTIFICATION OF MIRAMAR POLICE OFFICERS' RETIREMENT PLAN AND TRUST FUND PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Steve Toyota, Chairman of the Miramar Police Officers' Retirement Plan And Trust Fund ("Miramar"), hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed a copy of a complaint filed in this matter.

2. Miramar has authorized its counsel, Shepherd, Finkelman, Miller & Shah, LLP to file a motion for appointment as lead plaintiff and appointment of lead counsel on its behalf in this litigation.

3. Miramar did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws of the United States.

4. Miramar is willing to serve as lead plaintiff and a representative party on behalf of the class and to provide testimony at deposition and trial, if necessary.

5. Miramar's transactions in Anadarko Petroleum Corporation securities between June 12, 2009 and June 9, 2010, inclusive, (the "Class Period") are set forth in the chart attached hereto as Exhibit "A."

6. During the three years prior to the date of this Certification, Miramar has not sought to serve as lead plaintiff on behalf of a class in any other action arising under the federal securities laws of the United States.

7. Miramar will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this _18_ day of August, 2010, at _Miramar_, Florida.

_____
Miramar Police Officers' Retirement Plan And Trust Fund
By: its Chairman, Steve Toyota
8915 Miramar Parkway
Miramar, FL 33023

2

# EXHIBIT A

# EXHIBIT A

**Miramar Police Officers' Retirement Plan and Trust Fund**
**Transactions in Anadarko Petroleum Corporation**

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 2/3/2010 | 590 | 66.5282 |
| Purchase | 3/5/2010 | 530 | 71.7885 |
| Purchase | 4/30/2010 | 230 | 64.8304 |