# EXHIBIT C

**OPERATING ENGINEERS' TRANSACTIONS IN ANADARKO**
From June 12, 2009 through June 9, 2010

Purchase Transactions

| Date | Number of shares | Price per share | Purchase amount |
|---|---|---|---|
| August 20, 2009 | 320 | $ 51.78 | $ 16,569.60 |
| September 15, 2009 | 780 | $ 58.94 | $ 45,973.20 |
| December 17, 2009 | 3,312 | $ 62.27 | $ 206,238.20 |
| December 18, 2009 | 1,630 | $ 61.04 | $ 99,495.20 |
| December 21, 2009 | 1,148 | $ 62.23 | $ 71,440.00 |
| December 22, 2009 | 790 | $ 62.86 | $ 49,659.40 |
| December 23, 2009 | 676 | $ 64.22 | $ 43,412.70 |
| December 29, 2009 | 502 | $ 64.20 | $ 32,228.40 |
| December 29, 2009 | 454 | $ 64.60 | $ 29,328.40 |
| **Gross amounts:** | 9,612 shares | | $ 594,345.10 |

Sales Transactions

| Date | Number of shares | Price per share | Proceeds |
|---|---|---|---|
| June 30, 2009 | 880 | $ 45.35 | $ 39,908.00 |
| November 23, 2009 | 80 | $ 63.62 | $ 5,089.60 |
| December 4, 2009 | 54 | $ 61.72 | $ 3,332.88 |
| April 23, 2010 | 3,693 | $ 73.75 | $ 272,358.75 |
| **Gross amounts:** | 4,707 shares | | $ 320,689.23 |

| | |
|---|---|
| **Net shares purchased:** | 4,905 |
| **Net funds expended:**[1] | $ 273,655.87 |
| **Total approximate loss:** | $ 45,671.47 (value of shares held (@ $46.48/share)) |

---

[1] Net funds has been defined as the "the difference between the amount spent to purchase shares and the amount received for the sale of shares during the class period." *Pirelli Armstrong Tire Corp. Retiree Medical Benefits Trust v. LaBranche & Co.*, 229 F.R.D. 395, 404 (S.D.N.Y. 2004).

## HALLANDALE TRANSACTIONS IN ANADARKO
From June 12, 2009 through June 9, 2010

Purchase Transactions

| Date | Number of shares | Price per share | Purchase amount |
|---|---|---|---|
| February 3, 2010 | 1,450 | $ 66.53 | $ 96,468.50 |
| March 5, 2010 | 1,300 | $ 71.79 | $ 93,327.00 |
| April 30, 2010 | 570 | $ 64.83 | $ 36,953.10 |
| **Gross amounts:** | 3,320 shares | | $ 226,748.60 |

Sales Transactions

| Date | Number of shares | Price per share | Proceeds |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **Gross amounts:** | N/A | | N/A |

**Net shares purchased:**   3,320

**Net funds expended:**[1]   $ 226,748.60

**Total approximate loss:**   $   72,435.00 (value of shares held (@ $46.48/share))

---

[1] Net funds has been defined as the "the difference between the amount spent to purchase shares and the amount received for the sale of shares during the class period." *Pirelli Armstrong Tire Corp. Retiree Medical Benefits Trust v. LaBranche & Co.*, 229 F.R.D. 395, 404 (S.D.N.Y. 2004).

## MIRAMAR POLICE TRANSACTIONS IN ANADARKO
From June 12, 2009 through June 9, 2010

Purchase Transactions

| Date | Number of shares | Price per share | Purchase amount |
|---|---|---|---|
| February 3, 2010 | 590 | $ 66.52 | $ 39,246.80 |
| March 5, 2010 | 530 | $ 71.78 | $ 38,043.40 |
| April 30, 2010 | 230 | $ 64.83 | $ 14,910.90 |
| **Gross amounts:** | 1,350 shares | | $ 92,201.10 |

Sales Transactions

| Date | Number of shares | Price per share | Proceeds |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| **Gross amounts:** | N/A | | N/A |

**Net shares purchased:**     1,350

**Net funds expended:**[1]    $ 92,201.10

**Total approximate loss:**   $ 29,453.10 (value of shares held (@$46.48 /share))

---

[1] Net funds has been defined as the "the difference between the amount spent to purchase shares and the amount received for the sale of shares during the class period." *Pirelli Armstrong Tire Corp. Retiree Medical Benefits Trust v. LaBranche & Co.*, 229 F.R.D. 395, 404 (S.D.N.Y. 2004).