# Ex. A

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Thomas J. Hendricks, on behalf of the Pension Trust Fund for Operating Engineers ("Operating Engineers"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Executive Director of Operating Engineers. I have reviewed a complaint filed in this matter. Operating Engineers has authorized Bernstein Litowitz Berger & Grossmann LLP to file a motion for appointment as lead plaintiff on its behalf.

2. Operating Engineers did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. Operating Engineers is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. Operating Engineers fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. Operating Engineers' transactions in the Anadarko Petroleum Corporation securities that are the subject of this action are set forth in the chart attached hereto.

5. Operating Engineers is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification:

   *Locals 302 and 612 of the International Union of Operating Engineers – Employers Construction Industry Retirement Trust v. Mortgage Asset Securitization Transactions, Inc. et al.*, Case No. 10-cv-898 (D.N.J.)

   *City of Pontiac General Employees' Retirement System v. Schweitzer-Mauduit International, Inc., et al.*, Case No. 10-cv-711 (N.D. Ga.)

6. Operating Engineers has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

   *Brodsky et al v. Yahoo! Inc. et al.*, Case No. 08-cv-02150 (N.D. Cal.)

   *In re Lehman Brothers Equity/Debt Securities Litigation*, Case No. 08-cv-05523 (S.D.N.Y.)

   *In re Austin Capital Management, Ltd. Securities & Employment Retirement Income Security Act (ERISA) Litigation*, Case No. 09-cv-3614 (S.D.N.Y.)

*In re Meridian Funds Group Securities & Employee Retirement Income Security Act (ERISA) Litigation*, Case No. 09-cv-03955 (S.D.N.Y.)

*City of Roseville Employees' Retirement System v. Nokia Corporation, et al.*, Case No. 10-cv-967 (S.D.N.Y.)

7. Operating Engineers has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

*George Pappas v. Countrywide Financial Corp et al.*, Case No. 07-cv-05295 (C.D. Cal.)

*Pension Trust Fund for Operating Engineers v. Structured Asset Mortgage Investments II Inc., et al.*, Case No. 09-cv-06172 (S.D.N.Y.)

*Zhu v. UCBH Holdings, Inc. et al.*, Case No. 09-cv-04208 (N.D. Cal.)

*Maine State Retirement System v. Countrywide Financial Corporation et al.*, Case No. 10-cv-302 (C.D. Cal.)

8. Operating Engineers will not accept any payment for serving as a representative party on behalf of the Class beyond Operating Engineers' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of August, 2010.

Thomas J. Hendricks
Executive Director
*Pension Trust Fund for Operating Engineers*

**Pension Trust Fund for Operating Engineers**
Transactions in Anadarko Petroleum Corporation

Common Stock
Cusip 032511107

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 6/19/2009 | 500 | $46.3254 |
| Purchase | 7/8/2009 | 500 | $41.9738 |
| Purchase | 7/16/2009 | 200 | $45.4600 |
| Purchase | 7/21/2009 | 300 | $46.7043 |
| Purchase | 8/5/2009 | 13,859 | $49.7312 |
| Purchase | 8/5/2009 | 37,665 | $49.8895 |
| Purchase | 8/11/2009 | 700 | $50.6408 |
| Purchase | 8/19/2009 | 800 | $51.1135 |
| Purchase | 9/4/2009 | 800 | $54.1294 |
| Purchase | 9/8/2009 | 2,016 | $54.9908 |
| Purchase | 9/15/2009 | 1,400 | $58.9283 |
| Purchase | 10/19/2009 | 1,800 | $67.3066 |
| Purchase | 11/12/2009 | 2,300 | $63.3837 |
| Purchase | 12/10/2009 | 1,400 | $58.4587 |
| Purchase | 1/5/2010 | 11,668 | $66.1430 |
| Purchase | 5/27/2010 | 10,173 | $56.0626 |
| Sale | 10/1/2009 | (1,441) | $61.0513 |
| Sale | 12/28/2009 | (2,016) | $64.2029 |
| Sale | 12/29/2009 | (12,500) | $63.9897 |
| Sale | 6/1/2010 | (544) | $42.0371 |
| Sale | 6/9/2010 | (34,795) | $36.9033 |

Corporate Bond
Cusip 032511AT4

| Transaction | Date | Par Amount | Par Value |
|---|---|---|---|
| Purchase | 7/22/2009 | 170,000 | $105.3500 |
| Sale | 10/22/2009 | (170,000) | $106.4900 |

Corporate Bond
Cusip 492386AS6

| Transaction | Date | Par Amount | Par Value |
|---|---|---|---|
| Sale | 7/22/2009 | (100,000) | $106.9200 |
| Sale | 7/22/2009 | (70,000) | $106.8100 |

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, Austin L. Nibbs, on behalf of the Employees' Retirement System of the Government of the Virgin Islands ("GERS"), hereby certify, as to the claims asserted under the federal securities laws, that:

1. I am the Administrator of GERS. I have reviewed a complaint filed in this matter. GERS has authorized Bernstein Litowitz Berger & Grossmann to file a motion for appointment as lead plaintiff on its behalf.

2. GERS did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3. GERS is willing to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial, if necessary. GERS fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4. GERS' transactions in the Anadarko Petroleum Corporation securities that are the subject of this action are set forth in the chart attached hereto.

5. GERS has sought to serve and was appointed as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification:

*Western Pennsylvania Electrical Employees Pension Fund v. Candela Corporation, et al.*,
Case No. 08-cv-10551 (D. Mass.)
*Copeland v. Fortis, Fortis Bank S.A. /N.V., et al.*, Case No. 08-cv-9060 (S.D.N.Y.)
*Fort Worth Employees' Retirement Fund v. JP Morgan Chase & Co., et al.*,
Case No. 09-cv-3701 (S.D.N.Y.)

6. GERS has sought to serve as a lead plaintiff and representative party on behalf of a class in the following actions under the federal securities laws filed during the three-year period preceding the date of this Certification, but either withdrew its motion for lead plaintiff or was not appointed lead plaintiff:

*In re Michael Baker Corp. Securities Litigation*, Case No. 08-cv-370 (W.D. Pa.)
*In re Colonial BancGroup, Inc. Securities Litigation*,
Case No. 09-cv-104 (M.D. Ala.)
*In re Wells Fargo Mortgage-Backed Certificates Litigation*,
Case No. 09-cv-1376 (N.D. Cal.)
*City of Roseville Employees' Retirement System v. Textron, Inc., et al.*,
Case No. 09-cv-367 (D.R.I.)

7. GERS is currently seeking to serve as a lead plaintiff and representative party on behalf of a class in the following action filed under the federal securities laws during the three years preceding the date of this Certification:

   *Yuen, et al. v. Transocean Ltd., et al.*, Case No. 10-cv-1467 (E.D. La.)

8. GERS will not accept any payment for serving as a representative party on behalf of the Class beyond GERS' pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class, as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of August, 2010.

_____
Austin L. Nibbs
Administrator
*Employees' Retirement System of the*
*Government of the Virgin Islands*

**Employees' Retirement System of the Government of the Virgin Islands**
Transactions in Anadarko Petroleum Corporation

Common Stock
Cusip 032511107

| Transaction | Date | Shares | Price |
|---|---|---|---|
| Purchase | 5/5/2010 | 22,550 | $63.2604 |

Corporate Bond
Cusip 032511AX5

| Transaction | Date | Par Amount | Par Value |
|---|---|---|---|
| Purchase | 7/14/2009 | 44,000 | $100.08 |
| Purchase | 11/17/2009 | 274,000 | $108.50 |
| Purchase | 11/19/2009 | 16,000 | $108.42 |

Corporate Bond
Cusip 032511AY3

| Transaction | Date | Par Amount | Par Value |
|---|---|---|---|
| Purchase | 7/15/2009 | 128,000 | $90.81 |