**Ex. B**

**Pension Trust for Operating Engineers**
**LIFO Losses in Anadarko Petroleum Corporation (APC)**
Class Period: 6/12/2009-6/9/2010
Common Stock Retained Share Price (6/10/2010-8/20/2010): $46.4827

**Common Stock (Cusip# 032511107)**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | *Opening balance:* | 1,800 | | | | | | | |
| Purchase | 6/19/2009 | 500 | $46.3254 | $23,162.70 | | | | | |
| Purchase | 7/8/2009 | 500 | $41.9738 | $20,986.90 | | | | | |
| Purchase | 7/16/2009 | 200 | $45.4600 | $9,092.00 | | | | | |
| Purchase | 7/21/2009 | 300 | $46.7043 | $14,011.29 | | | | | |
| Purchase | 8/5/2009 | 13,859 | $49.7312 | $689,224.70 | | | | | |
| Purchase | 8/5/2009 | 34,137 | $49.8895 | $1,703,077.86 | | | | | |
| Purchase | 8/5/2009 | 3,528 | $49.8895 | $176,010.16 | | | | | |
| Purchase | 8/11/2009 | 700 | $50.6408 | $35,448.56 | | | | | |
| Purchase | 8/19/2009 | 800 | $51.1135 | $40,890.80 | | | | | |
| Purchase | 9/4/2009 | 800 | $54.1294 | $43,303.52 | Sale | 10/1/2009 | (1,441) | $61.0513 | ($87,974.92) |
| Purchase | 9/8/2009 | 2,016 | $54.9908 | $110,861.45 | Sale | 12/28/2009 | (359) | $64.2029 | ($23,048.84) |
| Purchase | 9/15/2009 | 1,400 | $58.9283 | $82,499.62 | Sale | 12/28/2009 | (1,657) | $64.2029 | ($106,384.21) |
| Purchase | 10/19/2009 | 1,800 | $67.3066 | $121,151.88 | Sale | 12/29/2009 | (12,500) | $63.9897 | ($799,871.25) |
| Purchase | 11/12/2009 | 2,300 | $63.3837 | $145,782.51 | Sale | 6/1/2010 | (544) | $42.0371 | ($22,868.18) |
| Purchase | 12/10/2009 | 1,400 | $58.4587 | $81,842.18 | Sale | 6/9/2010 | (34,795) | $36.9033 | ($1,284,050.32) |
| Purchase | 1/5/2010 | 11,668 | $66.1430 | $771,756.52 | | | | | |
| Purchase | 5/27/2010 | 10,173 | $56.0626 | $570,324.83 | Retained shares | | (34,785) | $46.4827 | ($1,616,900.72) |
| | | 86,081 | | $4,639,427.48 | | | (86,081) | | ($3,941,098.45) |

Total loss on common stock: ($698,329.04)

**Corporate Bond (Cusip# 032511AT4)**
6.125% Senior Note Due 3/15/12

| Transaction | Date | Par Amount | Price* | Cost | Transaction | Date | Par Amount | Price* | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/22/2009 | 170,000 | 105.35 | $179,095.00 | Sale | 10/22/2009 | (170,000) | 106.49 | ($181,033.00) |
| | | 170,000 | | $179,095.00 | | | (170,000) | | ($181,033.00) |

Total gain on corporate bond: $1,938.00

*\*Price is expressed as a percentage of the par value.*

**TOTAL LIFO LOSS:** **($696,391.04)**

**Pension Trust for Operating Engineers**
**FIFO Losses in Anadarko Petroleum Corporation (APC)**
Class Period: 6/12/2009-6/9/2010
Common Stock Retained Share Price (6/10/2010-8/20/2010): $46.4827

**Common Stock (Cusip# 032511107)**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| *Opening balance:* | | 1,800 | | | Sale | 10/1/2009 | (1,441) | $61.0513 | ($87,974.92) |
| | | | | | Sale | 12/28/2009 | (359) | $64.2029 | ($23,048.84) |
| | | | | | *Sales offsetting opening balance:* | | (1,800) | | ($111,023.76) |
| Purchase | 6/19/2009 | 500 | $46.3254 | $23,162.70 | | | | | |
| Purchase | 7/8/2009 | 500 | $41.9738 | $20,986.90 | | | | | |
| Purchase | 7/16/2009 | 200 | $45.4600 | $9,092.00 | | | | | |
| Purchase | 7/21/2009 | 300 | $46.7043 | $14,011.29 | | | | | |
| Purchase | 8/5/2009 | 13,859 | $49.7312 | $689,224.70 | | | | | |
| Purchase | 8/5/2009 | 34,137 | $49.8895 | $1,703,077.86 | | | | | |
| Purchase | 8/5/2009 | 3,528 | $49.8895 | $176,010.16 | | | | | |
| Purchase | 8/11/2009 | 700 | $50.6408 | $35,448.56 | | | | | |
| Purchase | 8/19/2009 | 800 | $51.1135 | $40,890.80 | | | | | |
| Purchase | 9/4/2009 | 800 | $54.1294 | $43,303.52 | | | | | |
| Purchase | 9/8/2009 | 2,016 | $54.9908 | $110,861.45 | | | | | |
| Purchase | 9/15/2009 | 1,400 | $58.9283 | $82,499.62 | Sale | 12/28/2009 | (1,657) | $64.2029 | ($106,384.21) |
| Purchase | 10/19/2009 | 1,800 | $67.3066 | $121,151.88 | Sale | 12/29/2009 | (12,500) | $63.9897 | ($799,871.25) |
| Purchase | 11/12/2009 | 2,300 | $63.3837 | $145,782.51 | Sale | 6/1/2010 | (544) | $42.0371 | ($22,868.18) |
| Purchase | 12/10/2009 | 1,400 | $58.4587 | $81,842.18 | Sale | 6/9/2010 | (34,795) | $36.9033 | ($1,284,050.32) |
| Purchase | 1/5/2010 | 11,668 | $66.1430 | $771,756.52 | | | | | |
| Purchase | 5/27/2010 | 10,173 | $56.0626 | $570,324.83 | Retained shares | | (36,585) | $46.4827 | ($1,700,569.58) |
| | | 86,081 | | $4,639,427.48 | | | (86,081) | | ($3,913,743.54) |

Total loss on common stock: ($725,683.94)

**Corporate Bond (Cusip# 032511AT4)**
6.125% Senior Note Due 3/15/12

| Transaction | Date | Par Amount | Price* | Cost | Transaction | Date | Par Amount | Price* | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/22/2009 | 170,000 | 105.35 | $179,095.00 | Sale | 10/22/2009 | (170,000) | 106.49 | ($181,033.00) |
| | | 170,000 | | $179,095.00 | | | (170,000) | | ($181,033.00) |

Total gain on corporate bond: $1,938.00

*Price is expressed as a percentage of the par value.*

**TOTAL FIFO LOSS:** ($723,745.94)

**Employees' Retirement System of the Government of the Virgin Islands**
**LIFO Losses in Anadarko Petroleum Corporation (APC)**
Class Period: 6/12/2009-6/9/2010
Common Stock Retained Share Price (6/10/2010-8/20/2010): $46.4827
Corporate Bond (Cusip# 032511AX5) Retained Price (6/10/2010-8/20/2010): 93.827
Corporate Bond (Cusip# 032511AY3) Retained Price (6/10/2010-8/20/2010): 86.535

**Common Stock (Cusip# 032511107)**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/5/2010 | 22,550 | $63.2604 | $1,426,522.02 | Retained shares | | (22,550) | $46.4827 | ($1,048,184.89) |
| | | 22,550 | | $1,426,522.02 | | | (22,550) | | ($1,048,184.89) |
| | | | | | | Total loss on common stock: | | | ($378,337.14) |

**Corporate Bond (Cusip# 032511AX5)**
5.95% Senior Notes Due 9/15/16

| Transaction | Date | Par Amount | Price* | Cost | Transaction | Date | Par Amount | Price* | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/14/2009 | 44,000 | 100.0830 | $44,036.52 | | | | | |
| Purchase | 11/17/2009 | 274,000 | 108.5000 | $297,290.00 | | | | | |
| Purchase | 11/19/2009 | 16,000 | 108.4210 | $17,347.36 | Retained units | | (334,000) | 93.8270 | ($313,382.18) |
| | | 334,000 | | $358,673.88 | | | (334,000) | | ($313,382.18) |
| | | | | | | Total loss on corporate bond: | | | ($44,036.52) |

**Corporate Bond (Cusip# 032511AY3)**
6.45% Senior Notes Due 9/15/36

| Transaction | Date | Par Amount | Price* | Cost | Transaction | Date | Par Amount | Price* | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/15/2009 | 128,000 | 90.8120 | $116,239.36 | Retained units | | (128,000) | 86.5350 | ($110,764.80) |
| | | 128,000 | | $116,239.36 | | | (128,000) | | ($110,764.80) |
| | | | | | | Total loss on corporate bond: | | | ($5,474.56) |
| | | | | | | **TOTAL LIFO LOSS:** | | | **($427,848.22)** |

*Price is expressed as a percentage of the par value.*

**Employees' Retirement System of the Government of the Virgin Islands**
**FIFO Losses in Anadarko Petroleum Corporation (APC)**
Class Period: 6/12/2009-6/9/2010
Common Stock Retained Share Price (6/10/2010-8/20/2010): $46.4827
Corporate Bond (Cusip# 032511AX5) Retained Price (6/10/2010-8/20/2010): 93.827
Corporate Bond (Cusip# 032511AY3) Retained Price (6/10/2010-8/20/2010): 86.535

**Common Stock (Cusip# 032511107)**

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 5/5/2010 | 22,550 | $63.2604 | $1,426,522.02 | Retained shares | | (22,550) | $46.4827 | ($1,048,184.89) |
| | | 22,550 | | $1,426,522.02 | | | (22,550) | | ($1,048,184.89) |

Total loss on common stock: ($378,337.14)

**Corporate Bond (Cusip# 032511AX5)**
5.95% Senior Notes Due 9/15/16

| Transaction | Date | Par Amount | Price* | Cost | Transaction | Date | Par Amount | Price* | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/14/2009 | 44,000 | 100.0830 | $44,036.52 | | | | | |
| Purchase | 11/17/2009 | 274,000 | 108.5000 | $297,290.00 | | | | | |
| Purchase | 11/19/2009 | 16,000 | 108.4210 | $17,347.36 | Retained units | | (334,000) | 93.8270 | ($313,382.18) |
| | | 334,000 | | $358,673.88 | | | (334,000) | | ($313,382.18) |

Total loss on corporate bond: ($44,036.52)

**Corporate Bond (Cusip# 032511AY3)**
6.45% Senior Notes Due 9/15/36

| Transaction | Date | Par Amount | Price* | Cost | Transaction | Date | Par Amount | Price* | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 7/15/2009 | 128,000 | 90.8120 | $116,239.36 | Retained units | | (128,000) | 86.5350 | ($110,764.80) |
| | | 128,000 | | $116,239.36 | | | (128,000) | | ($110,764.80) |

Total loss on corporate bond: ($5,474.56)

**TOTAL FIFO LOSS:** **($427,848.22)**

*Price is expressed as a percentage of the par value.*