# Ex. C

MWR         INVESTOR ALERT: KSF Files Securities Fraud Class Action Against
            Jun 24 2010   9:35:00

INVESTOR ALERT: KSF Files Securities Fraud Class Action Against Anadarko Petroleum Corporation, Part Owner of BP, plc's Macondo/Deepwater Horizon Oil Well, and Urges Shareholders to Inquire About Lead Plaintiff Status -- APC

NEW ORLEANS, LA -- (Marketwire) -- 06/24/10 --  Kahn Swick & Foti, LLC ("KSF") has filed a class action lawsuit against Anadarko Petroleum Corporation ("Anadarko" or the "Company") (NYSE: APC) in the United States District Court for the Southern District of New York, on behalf of purchasers of the common stock of the Company between June 12, 2009 and June 9, 2010, inclusive (the "Class Period"). No class has yet been certified in this action.

If you would like to discuss your legal rights, along with the lead plaintiff position and its related responsibilities including overseeing lead counsel with the goal of obtaining a fair settlement, you may contact KSF's Director of Client Relations, Neil Rothstein, Esq., without obligation or cost to you, toll free at 877/694-9510, via his cell phone at 330/860-4092, or via email at neil.rothstein@ksfcounsel.com. Additionally, KSF's Managing Partner Lewis Kahn, Esq., may be contacted direct, toll free at 866/467-1400, ext. 100, or via email at lewis.kahn@ksfcounsel.com.

Anadarko and certain of its Officers are charged with making a series of materially false and misleading statements related to the Company's business and operations in violation of the Securities Exchange Act of 1934.

In particular, the Complaint charges Anadarko, 25% owner of the Macondo/Deepwater Horizon well currently leaking millions of gallons of oil into the Gulf of Mexico, with failing to disclose, among other things: that there was no effective Exploration and Oil Spill Response Plan for Macondo/Deepwater Horizon; that BP implemented drilling procedures solely to cut costs at the expense of safety; that the Company lacked adequate systems of internal, operational or financial controls to maintain adequate insurance reserves or to meet the known or foreseeable risks associated with its deepwater drilling liabilities; and that defendants lacked any reasonable basis to claim that Anadarko was operating according to plan, or that Anadarko could achieve guidance sponsored and/or endorsed by defendants.

On April 20, 2010, the Macondo/Deepwater Horizon rig exploded killing 11 platform workers and injuring 17 others. In the wake of this tragedy, defendants continued to issue materially false and misleading statements representing that the Company would likely incur only approximately $177.5 million in liability for its part in the Macondo/Deepwater Horizon venture. However, these statements were materially false and misleading.

On June 1, 2010, the public began to learn the truth about Anadarko's business, operations, management, and the intrinsic value of Anadarko common stock when it was reported that the Macondo/Deepwater Horizon well could not be capped and investors came to realize there was effectively no plan in place to stop the spill. That day, shares of

MWR          INVESTOR ALERT: KSF Files Securities Fraud Class Action Against
             Jun 24 2010  9:35:00

Anadarko fell almost $10.00 per share -- or approximately 20% -- falling from a close of $42.10 per share, from a prior day's close of $52.33 per share, on huge volume of over 44.8 million shares traded. Shortly thereafter, on June 9, 2010, shares of Anadarko fell another 20% after investors learned of the material deficiencies in the Macondo/Deepwater Horizon Exploration and Oil Spill Response Plan, via the Huffington Post, and further learned that the Company would now be responsible for over $1 billion in clean up costs.

If you wish to serve as lead plaintiff in this class action lawsuit, you must request this position by application to the court no later than 60 days from today. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member. To learn more about KSF, you may visit www.ksfcounsel.com. KSF is a law firm focused on securities class action litigation with offices in New York and Louisiana. KSF's lawyers have significant experience litigating complex securities class actions and have recovered tens of millions of dollars over the past two years for aggrieved investors.


Contact:

Kahn Swick & Foti, LLC
Neil Rothstein, Esq.
Director of Client Relations
206 Covington St.
Madisonville, LA 70447
877-694-9510
or 330-860-4092 (cell)
neil.rothstein@ksfcounsel.com
-0- Jun/24/2010 13:35 GMT

BUS          Murray, Frank & Sailer LLP Files Securities Class Action
             Aug 5 2010  12:20:00


   Murray, Frank & Sailer LLP Files Securities Class Action Lawsuit Against
   Anadarko Petroleum Corporation

Business Wire

NEW YORK -- August 05, 2010

Murray, Frank & Sailer LLP announces that it has filed a class action
complaint in the United States District Court for the Southern District of New
York (Case No. 10 Civ. 5894) on behalf of all individuals and institutions who
purchased Anadarko Petroleum Corporation ("Anadarko" or the "Company")
publicly traded securities during the period between June 12, 2009, and June
9, 2010 (the "Class Period"). The complaint seeks damages for violations of
the Securities Exchange Act of 1934.

The complaint names Anadarko Petroleum Corporation, and certain officers and
directors of the Company, as defendants. The complaint alleges that during the
Class Period, defendants issued materially false and misleading statements
regarding the Company's results, risk profile, and potential liabilities.
Specifically, defendants claimed they had properly reserved for, and insured
against, foreseeable drilling related contingencies through the Class Period.
Defendants public statements were materially false and misleading when made
because they failed to disclose, among other things: (a) that there was no
effective Oil Spill Response Plan for the Macondo/Deepwater Horizon, in which
Anadarko is a 25% owner; (b) that BP plc, Anadarko's partner in the
Macondo/Deepwater Horizon, was implementing drilling procedures that would cut
costs at the expense of safety, thereby increasing the economic risk of a
disaster; (c) that the Company lacked adequate systems of internal,
operational or financial controls to maintain adequate insurance reserves or
to meet the known or foreseeable risks associated with its deepwater drilling
liabilities; and (d) that defendants lacked any reasonable basis to claim that
Anadarko was operating according to plan, or that Anadarko could achieve
guidance sponsored and/or endorsed by defendants. As a result of defendants'
false statements, Anadarko's securities traded at artificially inflated prices
during the Class Period.

On April 20, 2010, the Macondo/Deepwater Horizon rig exploded, killing 11
platform workers and injuring 17 others. In spite of this disaster, defendants
continued to issue materially false and misleading statements claiming that
the Company would likely incur only approximately $177.5 million in liability
for its part in the Macondo/Deepwater Horizon venture.

On June 1, 2010, the truth concerning Anadarko's business and liabilities was
revealed as the public learned that the Macondo/Deepwater Horizon well could
not be capped and investors came to realize there was effectively no plan in
place to stop the spill. That day, shares of Anadarko fell more than $10.00
per share, or approximately 20%, to close at $42.10 per share, on high trading
volume. Later, on June 9, 2010, investors learned of the material deficiencies
in the Macondo/Deepwater Horizon Oil Spill Response Plan as well as the
Company's liability for over $1 billion in clean up costs. This information
resulted in another drop in value of Andarko's stock of about 19%.

If you are a member of the class described above, you may move the Court, not
later than August 23, 2010, to serve as Lead Plaintiff for the Class. A Lead
Plaintiff is a representative chosen by the Court who acts on behalf of other
class members in directing the litigation. You do not need to be a Lead
Plaintiff to be included in the class. If you purchased Anadarko securities
and wish to discuss this litigation, or have any questions concerning this
Notice or your rights or interests with respect to these matters, please
                     Copyright (c) 2010

BUS        Murray, Frank & Sailer LLP Files Securities Class Action
           Aug 5 2010  12:20:00
contact Gregory Frank at (800) 497-8076, (212) 682-1818, or via email at
newcase@murrayfrank.com.

Contact:

Murray, Frank & Sailer LLP
Gregory Frank
212-682-1818
800-497-8076
newcase@murrayfrank.com
www.murrayfrank.com

-0- Aug/05/2010 16:20 GMT

Copyright (c) 2010