SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Jay B. Kasner
Susan L. Saltzstein
Joseph A. Matteo
Four Times Square
New York, New York 10036
Tel: (212) 735-3000

Attorneys for Defendants Anadarko Petroleum Corporation,
James T. Hackett, Robert G. Gwin and M. Cathy Douglas

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| JERRY D. GOODWIN, Individually And On Behalf of All Others Similarly Situated, : | 10-CV-4905-PGG |
| Plaintiff, : | **Rule 7.1 Statement** |
| vs. : | **ECF CASE** |
| ANADARKO PETROLEUM CORPORATION, JAMES T. HACKETT, ROBERT G. GWIN, and M. CATHY DOUGLAS : | **Electronically Filed** |
| Defendants. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel state that no publicly traded corporation owns 10% or more of Anadarko Petroleum Corporation.

Dated: August 25, 2010
New York, New York

      /s/ Jay B. Kasner
Jay B. Kasner (jay.kasner@skadden.com)
Susan L. Saltzstein (susan.saltzstein@skadden.com)
Joseph A. Matteo (joseph.matteo@skadden.com)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, NY  10036
(212) 735-3000

Attorneys for Defendants
 Anadarko Petroleum Corporation, James T.
 Hackett, Robert G. Gwin and M. Cathy Douglas