UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ANADARKO PETROLEUM CORP. CLASS ACTION LITIGATION | 10 Civ. 4905 (PGG) **ORDER** |
| JERRY D. GOODWIN, Individually and On Behalf of All Others Similarly Situated, Plaintiffs, v. ANADARKO PETROLEUM CORP., et al., Defendants. | 10 Civ. 04905 (PGG) |
| SHIRLEY HARRIS, Individually and On Behalf of All Others Similarly Situated, Plaintiffs, v. ANADARKO PETROLEUM CORP., et al., Defendants. | 10 Civ. 05894 (PGG) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/10

PAUL G. GARDEPHE, U.S.D.J.:

    The Court adopts the following schedule for the filing of a consolidated class action complaint and responsive pleadings:

    1. Lead Plaintiff is directed to file a Consolidated Complaint by no later than January 31, 2011.

2. Any answer or motion to dismiss must be served by March 17, 2011.

3. Opposition papers must be served by April 18, 2011.

4. Reply papers, if any, must be served by May 2, 2011.

Dated: New York, New York
November 30, 2010

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge