USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re ANADARKO PETROLEUM CORP. CLASS ACTION LITIGATION | **ORDER**<br><br>10 Civ. 4905 (PGG) |
| JERRY D. GOODWIN, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>ANADARKO PETROLEUM CORP., et al.,<br><br>　　　　　　　　Defendants. | **ORDER**<br><br>10 Civ. 4905 (PGG) |
| SHIRLEY HARRIS, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>ANADARKO PETROLEUM CORP., et al.,<br><br>　　　　　　　　Defendants. | **ORDER**<br><br>10 Civ. 05894 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

　　　　After consultation with the parties at the February 9, 2011 conference, this Court adopts the following scheduling order with regard to Lead Plaintiffs' proposed motion to transfer:

　　　　Lead Plaintiffs will serve moving papers by February 23, 2011.

　　　　Defendants will serve opposition papers by March 9, 2011.

Lead Plaintiffs will serve reply papers, if any, by March 16, 2011.

Dated: New York, New York
       February 9, 2011

                                  SO ORDERED.

                                  Paul G. Gardephe
                                  United States District Judge